*Petitioners' request is hereby granted. The conference previously scheduled for 4:30pm on November 6, 2007 is now scheduled for December 18, 2007, at 4:00pm.*

*So Ordered*

*Date: Nov. 2, 2007*

*Shira A. Scheindlin*
*U.S.D.J.*

# CALCAGNO & ASSOCIATES
## ATTORNEYS AT LAW, LLC
Spencer Savings Bank Building
213 South Avenue East
Cranford, New Jersey 07016

ANDREW JOHN CALCAGNO
NY, NJ, PA & DC BARS

OF COUNSEL - NY
ALAN M. MCLAUGHLIN
JAMES M. O'DONNELL
ROSEMARY O'DONNELL

OF COUNSEL - NJ
CRAIG A. BORGEN

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
www.nynjlaw.net

Please Reply To The Cranford, New Jersey Office

November 1, 2007

**RECEIVED CHAMBERS OF NOV - 1 2007 JUDGE SCHEINDLIN**

VIA FACSIMILE (212) 805-7920

Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund, et al. v. 694 Burke Food Corp. d/b/a Pioneer Supermarket a/k/a Burke Food Corp.
Case No. 07-cv-0798(SAS)(THK)  *wrong #*  07 Civ. 7798 (SAS)

Dear Judge Scheindlin:

We represent Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund; and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Safety, Education, Cultural and Legal Funds, in connection with the above-referenced action. A Conference is scheduled before Your Honor on November 6, 2007 at 4:30 pm. The Respondent has yet to file an Answer or contact our office for an extension.

Based upon the foregoing, we respectfully request that the Conference be adjourned for one month to allow for either the Respondent to file an Answer or for our office to file an application for a Default Judgment.

Respectfully submitted,

ANDREW JOHN CALCAGNO (AC3085)

AJC/nem

| 30 Vesey Street | 3148 E. Tremont Ave. | 404 Manor Road | 185 Montague Street |
|---|---|---|---|
| 15th Floor | 2nd Floor | 1st Floor | Penthouse |
| NY, NY 10016 | Bronx, NY 10461 | S.I., NY 10314 | Brooklyn, NY 11201 |
| (718) 815-0200 | (718) 815-0200 | (718) 815-0200 | (718) 815-0200 |