*[Handwritten annotations:]*
Petitioners' request is granted.
The conference previously scheduled for Dec. 18, 2007 is adjourned to Jan. 16, 2008, at 4:30 p.m. Petitioners must file their entry of default by Jan. 2, 2008.

SO ORDERED:

*[signature]* Shira A. Scheindlin, USDJ

Date: Dec 14, 2007

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 12/14/07

# CALCAGNO & ASSOCIATES
ATTORNEYS AT LAW, LLC
*Spencer Savings Bank Building*
213 South Avenue East
Cranford, New Jersey 07016

ANDREW JOHN CALCAGNO
NY, NJ, PA & DC BARS

ALAN M. MCLAUGHLIN
JAMES M. O'DONNELL
ROSEMARY O'DONNELL

OF COUNSEL - NJ

CRAIG A. HONGKN

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
*www.nynjlaw.net*

Please Reply To The Cranford, New Jersey Office

December 13, 2007

**RECEIVED**
**CHAMBERS OF**

**DEC 1 ? 2007**

**JUDGE SCHEINDLIN**

**VIA FACSIMILE (212) 805-7920**
Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund, et al. v. 694 Burke Food Corp. d/b/a Pioneer Supermarket a/k/a Burke Food Corp.**
       **Case No. 07-cv-0798(SAS)(THK)** *07 (iv.) (7798)*

Dear Judge Scheindlin:

We represent Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund; and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Safety, Education, Cultural and Legal Funds, in connection with the above-referenced action. A Conference is scheduled before Your Honor on December 18, 2007 at 4:00 pm. One prior adjournment request has been made by Petitioners. The Respondent still has yet to file an Answer or contact our office for an extension. We forwarded a proposed Clerk's Certificate to be executed by the Clerk of the Court and will be filing a request for entry of default once the executed Certificate is received by our office.

Based upon the foregoing, we respectfully request that the Conference be adjourned to allow for our receipt of the Clerk's Certificate and to file a request for entry of default.

Respectfully submitted,

*[signature]*

ANDREW JOHN CALCAGNO

AJC/ncm

| 30 Vesey Street | 3148 E. Tremont Ave. | 404 Manor Road | 185 Montague Street |
|---|---|---|---|
| 15th Floor | 2nd Floor | 1st Floor | Penthouse |
| NY, NY 10016 | Bronx, NY 10461 | S.I., NY 10314 | Brooklyn, NY 11201 |
| (718) 815-0200 | (718) 815-0200 | (718) 815-0200 | (718) 815-0200 |